UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TOWNSEL MYERS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:20-CV-20 |
| v. | § | |
| | § | |
| CCPD, | § | |
| | § | |
| Defendant | | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R), entered on March 2, 2020. (D.E. 11). The M&R recommends that the Court dismiss Plaintiff's complaint (D.E. 1) with prejudice for failure to state a claim for relief and as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). (D.E. 11, p. 4).

Plaintiff was provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, LP*, No. CIV. A. H-14-2700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015).

Having carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety.

(D.E. 11). Accordingly, Plaintiff's complaint (D.E. 1) is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to administratively **CLOSE** this case.

SIGNED and ORDERED this 27th day of March 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE